

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00364-CV

Rogerio **ESTRADA**, Jr., Individually and d/b/a Quick Auto Service,
Appellant

v.

**SAFE T EQ, LLC,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-465
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

On August 27, 2021, Appellant Rogerio Estrada, Individually and d/b/a Quick Auto Service, filed a notice of restricted appeal, seeking review of a default judgment against him. On August 31, 2021, Estrada filed a Motion for Immediate Temporary Relief to Stay All Proceedings. Specifically, Estrada seeks a stay of any attempt to execute the judgment pending appeal. In his motion, Estrada makes arguments regarding the merits of his restricted appeal; however, he fails to show why he is entitled to an emergency stay of all proceedings pending appeal, including why he cannot supersede the judgment in accordance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 24 (Suspension of Enforcement of Judgment Pending Appeal in Civil Cases); *see also* 5 MCDONALD & CARLSON, TEX. CIV. PRAC. § 30:15) (Dec. 2020 Update) (explaining that "review of final judgments by a restricted appeal to the court of appeals . . . qualify as an appeal" for purposes of superseding the final judgment).

Appellant's motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court